In Matter of Estate of Millie H. Newman, also known as Mildred H. Newman, deceased.
John Jay Harrison and Gerald H. Blake, Heirs at Law of and Contestants to the Will of Millie H. Newman, deceased, Appellants, v. John P. Loughnane, Executor of the Will of Millie H. Newman, also known as Mildred H. Newman, deceased, and Dorothy Brusse, Proponents of Said Will, Appellees.

Gen. No. 46,977.

First District, Third Division.

April 3, 1957.

Released for publication June 20, 1957.

Zeamore A. Ader, for John Jay Harrison and Gerald H. Blake, heirs at law of Millie H. Newman, contestants; Edmund M. Sinnott for Dorothy Brusse, proponent of will of Millie H. Newman, also known as Mildred H. Newman, deceased. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.